UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DARRELL JAMES ROBINSON                    CASE NO.  25-cv-1872 SEC P

-vs-                                      JUDGE DRELL

DARREL VANNOY                    MAGISTRATE JUDGE PEREZ-MONTES

## ORDER

Given that the Defendant opposes the relief requested (Doc. 29), any opposition memorandum is due by July 15, 2026.

THUS DONE AND SIGNED at Alexandria, Louisiana this 22nd day of June 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT